IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brett Thomas Feldman, et al.,

        Plaintiff(s)

vs.

Hamilton County Department of Job & Family Services, et al.,

        Defendant(s).

Case Number: 1:16cv1024

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 12, 2017 a Report and Recommendation (Doc. 29). Subsequently, the plaintiffs filed objections to such Report and Recommendation (Doc. 30) and the defendants filed a response to the objections (Doc. 31).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiffs' case is DISMISSED in its entirety for want of prosecution and for failure to obey an Order of the Court.

IT IS SO ORDERED.

                                                ___s/Susan J. Dlott_____
                                                Judge Susan J. Dlott
                                                United States District Court